**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

CV-26-10093-PHX-MBM

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **Jonathan Lee Riches , ;**

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Jonathan Lee Riches , Pro Se**

9713 Baxley Lane
Port Richey, FL 34668
(202) 666-9762

**Defendant**(s): **Matthew Filipczuk , ; Helen Brennan , ;**

County of Residence: Maricopa

Defendant's Atty(s):

**Unknown ,**

,

---

**IFP REQUESTED**

---

**REMOVAL FROM COUNTY, CASE #**

---

II. Basis of Jurisdiction: **1. U.S. Government Plaintiff**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **N/A**

Defendant:- **N/A**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **820 Copyrights**

VI.Cause of Action: **17 U.S.C. § 501 - Copyright infringement of registered motion pictures (PA 2-610-953 and PA 2-610-962)**

VII. Requested in Complaint

Class Action: **No**

Dollar Demand:

Jury Demand: **Yes**

VIII. This case **is not related** to another case.

---

**Signature:** Jonathan Lee Riches

**Date:** 10/29/2026

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

---

**Plaintiff(s):** Jonathan Lee Riches

**Defendant(s):** Helen Brennan; Matthew Filipczuk

**County of Residence (Plaintiff):** Outside the State of Arizona

**County of Residence (Defendant):** Outside the State of Arizona (first-listed Defendant, Helen Brennan)

**County Where Claim For Relief Arose:** Maricopa

**Plaintiff's Atty(s):** None - Pro Se: Jonathan Lee Riches, 9713 Baxley Ln, Port Richey, FL 34668, (202) 666-9762, truth.seeking.sleuth@gmail.com

**Defendant's Atty(s):** Unknown

**IFP REQUESTED:** No

**REMOVAL FROM COUNTY, CASE #:** N/A

---

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties (Diversity Cases Only):**

**Plaintiff:** N/A

**Defendant:** N/A

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 820 Copyright

**VI. Cause of Action:** 17 U.S.C. § 501 - Copyright infringement of two registered motion pictures (Reg. Nos. PA 2-610-953 and PA 2-610-962)

**VII. Requested in Complaint:**

**Class Action:** No

**Dollar Demand:**

**Jury Demand:** Yes

**VIII. This case is not related to another case.**

Signature: [signature]
*Jonathan Lee Riches, Pro Se Plaintiff*

Date: 10 30 2026