Jonathan Lee Riches
9713 Baxley Ln
Port Richey, Florida 34668
(202) 666-9762
truth.seeking.sleuth@gmail.com
Plaintiff, Pro Se

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 2 0 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jonathan Lee Riches,<br><br>Plaintiff,<br><br>v.<br><br>Helen Brennan; and<br>Matthew Filipczuk,<br><br>Defendants. | No. CV-26-10093-PHX-MBM<br><br>**DECLARATION OF JONATHAN LEE RICHES IN SUPPORT OF MOTION FOR LEAVE TO SERVE DEFENDANT HELEN BRENNAN BY EMAIL** |

I, Jonathan Lee Riches, declare:

1. I am the Plaintiff in this action. I have personal knowledge of the facts in this declaration.

2. On October 28, 2026, attorney David Helm submitted counter-notifications to YouTube on behalf of the YouTube channel Hella Excited Utterance (@Excitedutterance) for the infringing videos. Those counter-notifications are attached to my complaint as Exhibits D and E. (Doc. 1.)

3. On October 28, 2026, I emailed Mr. Helm and asked whether he was authorized to accept service of the summons and complaint in this action on behalf of Helen Brennan.

4. On October 30, 2026, Mr. Helm replied by email from

david@helmlawpc.com: "My authorization was limited to submitting the YouTube counter-notifications on behalf of Hella Excited Utterance. I am not authorized to accept or waive service of a summons and complaint on Hella's behalf and therefore decline your request." A true copy of his email, with my October 28, 2026 request quoted below it, is attached as Exhibit A.

5. I do not know Helen Brennan's street address. I have no means to search for the address of a person living in Australia.

6. The "More info" section of the Hella Excited Utterance YouTube channel lists the email address excitedutteranceau@gmail.com. A true copy of a screenshot of the channel page showing that section, as it appeared on November 17, 2026, is attached as Exhibit B.

7. If the Court grants this motion, I will send the service email using an email tracking service that records when the email is delivered and opened, and I will file that record with my proof of service.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746(2).

Executed on November 17, 2026.

/s/ Jonathan Lee Riches
Jonathan Lee Riches

# EXHIBIT A

Email from David Helm (david@helmlawpc.com)
to Jonathan Lee Riches, October 30, 2026

**Gmail - Fwd: Request to Accept Service on Behalf of Helen Brennan (Hella Excited Utterance)**

**From:** Jonathan Lee Riches <truth.seeking.sleuth@gmail.com>
**To:** amanda wilson <amandawilson9130@gmail.com>
**Date:** Fri, Oct 30, 2026
**Subject:** Fwd: Request to Accept Service on Behalf of Helen Brennan (Hella Excited Utterance)

---

---------- Forwarded message ---------
From: David Helm <david@helmlawpc.com>
Date: Fri, Oct 30, 2026 at 5:40 PM
Subject: Re: Request to Accept Service on Behalf of Helen Brennan (Hella Excited Utterance)
To: truth.seeking.sleuth <truth.seeking.sleuth@gmail.com>

Mr. Riches:

My authorization was limited to submitting the YouTube counter-notifications on behalf of Hella Excited Utterance. I am not authorized to accept or waive service of a summons and complaint on Hella's behalf and therefore decline your request.

Please arrange for service in accordance with the applicable rules. Neither this correspondence nor my submission of the counter-notifications constitutes acceptance or waiver of service.

Sincerely,

David Helm

HELM LAW PC

598 N. Mill St

Plymouth, MI 48170

248-679-8804

Confidentiality Statement: This electronic message and attachments contain information from Helm Law PC which may be privileged, confidential or otherwise protected from disclosure. The information is intended for the addressee only. If you are not the intended recipient, you are hereby notified that any disclosure, copy, distribution or use of the contents of this electronic message is neither allowed nor intended. If you received this message in error, please notify me immediately and destroy the original message.

On Wed, Oct 28, 2026 at 5:28 PM truth.seeking.sleuth <truth.seeking.sleuth@gmail.com> wrote:

> Mr. Helm,
>
> I am the copyright owner who submitted the YouTube takedown requests answered by the counter-notifications you sent on October 28, 2026, on behalf of Hella Excited Utterance (@Excitedutterance), concerning these videos:
>
> 1. https://www.youtube.com/watch?v=TAUdWxGEX2U (YouTube reference ZKJ6JZX6IGGN3E7U655RXMKOZE)
> 2. https://www.youtube.com/watch?v=maC9ViPXA_Q (YouTube reference U4BFS6QEEZCIBFC2GF3YSCL26E)

>
> I will be filing a copyright infringement lawsuit against Helen Brennan in the United States District Court for the District of Arizona.
>
> Please confirm in writing whether you are authorized to accept service of the summons and complaint on Ms. Brennan's behalf. If you are, please provide the address or email where service should be delivered.
>
> Please reply by Thursday, October 29, 2026.
>
> Jonathan Lee Riches
> 9713 Baxley Ln
> Port Richey, FL 34668
> (202) 666-9762
> truth.seeking.sleuth@gmail.com
>
>
> Sent from my Galaxy

# EXHIBIT B

Screenshot of YouTube channel
Hella Excited Utterance (@Excitedutterance)
showing "More info" section, November 17, 2026

Search or ask a question

## Hella 🇬🇧 Excited Utterance

TwitterX
twitter.com/extd_utterance

Facebook
facebook.com/hellahearsay

Instagram
instagram.com/excitedutterance

🤟 #FREEZACHARIAHANDERSON 🤟
freezachariahanderson.org

TikTok
tiktok.com/@excited_utterance

## More info

excitedutteranceau@gmail.com



Home Videos