AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

**District of Arizona**

| | | |
|---|---|---|
| JONATHAN LEE RICHES, | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| | ) | Civil Action No. CV-26-10093-PHX-MBM |
| v. | ) | |
| | ) | |
| HELEN BRENNAN and MATTHEW FILIPCZUK, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Helen Brennan**
Brisbane, Queensland
Australia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Jonathan Lee Riches**
9713 Baxley Ln
Port Richey, FL 34668
(202) 666-9762
truth.seeking.sleuth@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT — DISTRICT OF ARIZONA — E PLURIBUS UNUM

**CLERK OF COURT**

Date: ____________________

D. Draper
*Signature of Clerk or Deputy Clerk*

ISSUED ON 10:11 am, Nov 23, 2026
s/ Daniel R. McAllister, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-26-10093-PHX-MBM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) ______________________ was received by me on (date) ______________ .

☐ I personally served the summons on the individual at (place) ______________________ on (date) ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) ______________________ , a person of suitable age and discretion who resides there, on (date) ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) ______________________ , who is designated by law to accept service of process on behalf of (name of organization) ______________________ on (date) ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other (specify): ______________________ .

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

**District of Arizona**

| | | |
|---|---|---|
| JONATHAN LEE RICHES,<br><br>*Plaintiff(s)*<br><br>v.<br><br>HELEN BRENNAN and MATTHEW FILIPCZUK,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. CV-26-10093-PHX-MBM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Matthew Filipczuk**
10505 E. Clinton Street
Scottsdale, AZ 85259

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Jonathan Lee Riches**
9713 Baxley Ln
Port Richey, FL 34668
(202) 666-9762
truth.seeking.sleuth@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

E PLURIBUS UNUM

**CLERK OF COURT**

Date: ____________________

D. Draper

*Signature of Clerk or Deputy Clerk*

ISSUED ON 10:11 am, Nov 23, 2026

s/ Daniel R. McAllister, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-26-10093-PHX-MBM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) ______________________________
was received by me on (date) __________________ .

☐ I personally served the summons on the individual at (place) ____________________________
____________________________________ on (date) _______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____________
____________________________ , a person of suitable age and discretion who resides there,
on (date) _______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _________________________________ , who is
designated by law to accept service of process on behalf of (name of organization)
___________________________________ on (date) _______________ ; or

☐ I returned the summons unexecuted because _________________________________ ; or

☐ Other (specify): __________________________________________________________
___________________________________________________________________ .

My fees are $ ___________ for travel and $ ___________ for services, for a total of $ ___________ .

I declare under penalty of perjury that this information is true.

Date: __________________ ____________________________________

*Server's signature*

____________________________________

*Printed name and title*

____________________________________

*Server's address*

Additional information regarding attempted service, etc: